

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2022

No. 04-22-00017-CV

Wolfgang P. Hirczy **DE MINO,** Ph.D.,
Appellant

v.

Felipe N. **GOMEZ,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI19920
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting: Rebeca C. Martinez, Chief Justice
    Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice
    Irene Rios, Justice
    Beth Watkins, Justice
    Liza A. Rodriguez, Justice
    Lori I. Valenzuela, Justice

After considering appellant's motion for en banc reconsideration, the motion is DENIED. Appellant's request to construe appellant's appeal as a petition for writ of mandamus is DENIED.

It is so **ORDERED** on this 12th day of May, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court